IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                                    PLAINTIFF

                    v.                              Civil No. 11-5225

JOHN CRUMM, Employed by Packers
Sanitation Service of Iowa, working
at the Tyson Foods Plant in Rogers,
Arkansas; and ROY SHAW, Supervisor,
Tyson Foods Sanitation, Springdale Plant                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is an employment discrimination case filed under the provisions of Title VII. Plaintiff proceeds *pro se.*

The complaint was filed on September 26, 2011. The complaint was accompanied by an *in forma pauperis* (IFP) application. However, the IFP application was incomplete as it contained only the second page of a two page application. The Clerk was directed to mail Plaintiff a blank application. Plaintiff was given until October 7, 2011, to complete and return the application.

In submitting his complaint, the Plaintiff used a form complaint utilized in filing civil rights cases under 42 U.S.C. § 1983. The Clerk was directed to mail Plaintiff a blank complaint form to be utilized in employment discrimination cases. Plaintiff was given until October 7, 2011, to complete and return the employment discrimination complaint.

To date, Plaintiff has not submitted a complete IFP application or a complaint on the employment discrimination form. Plaintiff has not requested an extension of time to submit these documents. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed for failure to obey an order of the Court and failure to prosecute. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of November 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE