```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ROBERT SAYRES**                                                       PLAINTIFF

        v.        Civil No. 11-5225

**JOHN CRUMM, Employed by Packers
Sanitation Service of Iowa, working
at the Tyson Foods Plant in Rogers,
Arkansas; and ROY SHAW, Supervisor,
Tyson Foods Sanitation, Springdale
Plant**                                                                 DEFENDANTS

### O R D E R

Now on this 10th day of February, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

IT IS SO ORDERED.

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE